UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-786 CBM-12 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |
| v. | |
| DONALD LEROY O'DELL | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//
//

1     The court concludes:

2 A.  (X)  Defendant poses a risk to the safety of other persons or the community
3     because defendant has not demonstrated by clear and convincing
4     evidence that:
5     _Current charges_
6     _Underlying conviction_
7
8
9

10 (B)  ( )  Defendant is a flight risk because defendant has not shown by clear
11     and convincing evidence that:
12
13
14
15
16

17     IT IS ORDERED that defendant be detained.

19 DATED: 5/1/2013

    _/s/ Patrick J. Walsh_
    HON. PATRICK J. WALSH
    UNITED STATES MAGISTRATE JUDGE